IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-296 |
| | § | |
| GABRIEL GUZMAN-VILLA, *et al.* | § | |

**O R D E R**

Counsel for defendant Guzman-Villa filed a motion to withdraw as counsel of record. (Docket Entry 48). The motion is granted. The magistrate judge will appoint counsel to represent defendant Gabriel Guzman-Villa.

Defendant Cuadros filed an unopposed motion for continuance. (Docket Entry No. 49). The co-defendants are unopposed to the continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 18, 2009 |
| Responses are to be filed by: | September 30, 2009 |
| Pretrial conference is reset to**:** | **October 5, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 13, 2009, at 9:00 a.m.** |

SIGNED on July 23, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge