IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-296 |
| | § | |
| GABRIEL GUZMAN-VILLA, *et al.* | § | |

**O R D E R**

The government filed an unopposed motion for continuance. (Docket Entry No. 68). The defendants are unopposed to the continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 16, 2010 |
| Responses are to be filed by: | March 2, 2010 |
| Pretrial conference is reset to**:** | **March 22, 2010, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 29, 2010, at 9:00 a.m.** |

SIGNED on February 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge