IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-09-296-2 |
| MARY JESSE CUADROS | § | |

**O R D E R**

Defendant Mary Cuadros filed an unopposed motion to extend deadlines. (Docket Entry No. 132). The motion is granted. The deadline for filing objections to the presentence report is extended to October 21, 2010. The sentencing hearing is reset to **November 12, 2010, at 10:00 a.m.**

SIGNED on September 23, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge