IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-296-2 |
| | § | |
| MARY JESSE CUADROS | § | |

**O R D E R**

Defendant Mary Cuadros filed an unopposed motion to extend deadlines. (Docket Entry No. 152). The motion is granted. The deadline for filing objections to the presentence report is extended to December 1, 2010. The sentencing hearing is reset to **December 16, 2010, at 3:00 p.m.**

SIGNED on November 3, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge